IN THE UNITED STATES DISTRICT COURT OF THE
NORTHERN DISTRICT OF MISSISSIPPI


UNITED STATES OF AMERICA

VS.  CAUSE NO.:2:10cr48-SA-DAS

QUINCY TERRY ET. AL.

## ORDER SUBSTITUTING COUNSEL

BEFORE THE COURT is defendant, QUINCY TERRY's motion, by and through counsel (#41) to substitute counsel Wanda Abioto in place of Kevin M. Horan. Finding the Motion to be well-taken, this Court hereby GRANTS the Motion.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that:

Attorney Kevin M. Horan is hereby released from the obligation of representation of this defendant and any other responsibilities concerning the above-styled and numbered cause and that Wanda Abioto is hereby substituted as counsel of record for the defendant in ths cause.

So ORDERED, this the 4th day of May, 2010.


/s/David A. Sanders
**UNITED STATES MAGISTRATE JUDGE**