IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                                                      CRIMINAL NO. 2:10CR48

QUINCEY TERRY ET. AL.

## **ORDER**

This matter is before the court on motion of the defendant for temporary release to attend his grandmother's funeral (# 107). After considering the motion, the court finds it is not well taken. Based on the defendant's criminal history and the charges pending against him, the court finds the risk of danger too high.

IT IS, THEREFORE, ORDERED that the defendant's motion for temporary release to attend his grandmother's funeral (# 107) is hereby DENIED.

SO ORDERED, this the 20th day of August 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE