IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.  CRIMINAL NO. 2:10CR48

QUINCEY TERRY ET. AL.

## **ORDER**

This matter is before the court on motion of the defendant for reconsideration of the order denying defendant's temporary release to attend his grandmother's funeral (# 109). After considering the motion, the court finds it is not well taken.

IT IS, THEREFORE, ORDERED that based on the reasons set forth in the order of this court (#108) defendant's motion for reconsideration (# 109) is hereby DENIED.

SO ORDERED, this the 20th day of August 2010.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE